United States District Court
Southern District of Texas
**ENTERED**
January 24, 2018
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-266-3 |
| | § | |
| ANDRA COLEMAN | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 356). The motion for continuance is GRANTED. The sentencing hearing is reset to **May 17, 2018 at 9:00 a.m.**

SIGNED on January 24, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge